UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER JOSE ROSARIO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil No. 26-12954-LTS |
| | ) |
| PATRICIA HYDE et al., | ) |
| | ) |
| Respondents. | ) |

JUDGMENT

July 7, 2026

SOROKIN, J.

Pursuant to the Court's Electronic Order dated July 2, 2026 (Doc. No. 10), the Petition

for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described.

SO ORDERED.

  /s/ Leo T. Sorokin
United States District Judge